```
1  WILSON PETTY KOSMO & TURNER LLP
   CLAUDETTE G. WILSON (110076)
2  LOIS M. KOSCH (131859)
   550 West C Street, Suite 1050
3  San Diego, California 92101
   Telephone: (619) 236-9600
4  Facsimile: (619) 236-9669
   E-mail: cwilson@wpkt.com
5  E-mail: lkosch@wpkt.com

6  Attorneys for Defendant
   BLOCKBUSTER INC.
7
```

FILED
08 JUN 13 PM 12:22
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK ELLIOTT, an individual, | Case No. 08 CV 1053 DMS POR |
| Plaintiff, | NOTICE OF PARTIES WITH FINANCIAL INTEREST |
| v. | Complaint Filed: April 29, 2008 |
| BLOCKBUSTER, INC., a corporation, and DOES 1 through 25, inclusive, | Dept.: |
| Defendants. | Judge: Hon. |
| | Trial Date: Not Set |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Rule 40.2 of the Federal Southern District Rules of Court, Defendant BLOCKBUSTER INC. ("Defendant") by and through its counsel of record, provides the following Notice of Party with Financial Interest:

Blockbuster Inc., a non-governmental corporate party, is a Delaware corporation with its principal place of business in Dallas, Texas. Blockbuster Inc. does not have a parent corporation, and no publicly-held corporation owns 10 percent or more of its stock.

Dated: June 13, 2008

WILSON PETTY KOSMO & TURNER LLP

By: /s/ Lois M. Kosch
CLAUDETTE G. WILSON
LOIS M. KOSCH
Attorneys for Defendant
BLOCKBUSTER INC.

-1-                                                                 Case No.
NOTICE OF PARTIES WITH FINANCIAL INTEREST

| UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA | | COURT USE ONLY |
|---|---|---|
| TITLE OF CASE (ABBREVIATED) <br> Erik Elliott v. Blockbuster, Inc. | | |
| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS): <br> CLAUDETTE G. WILSON (110076) <br> LOIS M. KOSCH (131859) <br> WILSON PETTY KOSMO & TURNER LLP <br> 550 West C Street, Suite 1050 <br> San Diego, CA 92101 | TELEPHONE NO.: <br> Tel. (619) 236-9600 <br> Fax: (619) 236-9669 | |
| ATTORNEYS FOR: <br> Defendant, Blockbuster Inc. | HEARING DATE – TIME | CASE NUMBER: |

## PROOF OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is Wilson Petty Kosmo & Turner LLP, 550 West C Street, Suite 1050, San Diego, CA 92101.

On June 13, 2008, I served the following documents:

1. NOTICE OF PARTIES WITH FINANCIAL INTEREST

I served the documents on the person below, as follows:

> Dale Larabee, Esq.
> Joel Larabee, Esq.
> Law Offices of Larabee Gienapp Larabee, APC
> 2120 Fourth Ave
> San Diego, CA 92101
> Tel: 619-234-3054
> Fax: 619-234-3001
> *Counsel for Plaintiff ERIK ELLIOTT*

☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☒ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addressed below and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ **By e-mail or electronic transmission.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on June 13, 2008, at San Diego, California.

_____
Crystalin D. Morris

---

PROOF OF SERVICE