1 | Dale Larabee Esq. SB #50962
2 | Joel D. Larabee, Esq. SB#243117
  | LAW OFFICES OF
3 | LARABEE GIENAPP LARABEE, APC
  | 2120 FOURTH AVENUE
4 | SAN DIEGO, CALIFORNIA 92101-3542
  | TELEPHONE: (619) 234-3054
5 | TELECOPIER: (619) 234-3001
  | E-mail: Dale@lgllawyers.com
6 | E-mail: joel@lgllawyers.com

7 | Attorneys for Plaintiff,
  | ERIK ELLIOT

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| ERIK ELLIOT, an individual, | Case No. 8CV1053 |
|---|---|
| Plaintiff, | **AMENDED CERTIFICATE OF SERVICE** |
| v. | Complaint Filed: April 29, 2008 |
| BLOCKBUSTER, INC., a corporation, and DOES 1 through 25, inclusive, | Judge: Hon. Dana M. Sabraw |
| Defendants. | Trial Date: Not Set |

By indication of the undersigned, all defendants named in the above entitled case, have been properly and timely served.

Dated: June 18, 2008

*C. Manzguin* (signature)

E. Chantall Marroquin

Case No. 8CV1053

Certificate of Service

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | | FOR COURT USE ONLY |
|---|---|---|
| DALE R. LARABEE, ESQ.   SBN: 50962 | | |
| LARABEE GIENAPP LARABEE, APC | | |
| 2120 FOURTH AVENUE  SAN DIEGO, CA 92101 | | |
| TELEPHONE NO.: **(619) 234-3054**   FAX NO.*(Optional)*: **(619) 234-3001** | | |
| E-MAIL ADDRESS *(Optional)*: | | |
| ATTORNEY FOR *(Name)*: | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
STREET ADDRESS: **330 WEST BROADWAY**
MAILING ADDRESS:
CITY AND ZIP CODE: **SAN DIEGO, CA 92101**
BRANCH NAME: **SAN DIEGO**

PLAINTIFF/PETITIONER: **ELLIOT**
DEFENDANT/RESPONDENT: **BLOCKBUSTER**

CASE NUMBER: 37-2008-00082941-CUWTCTL

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: **CHANTALL/ELLIOT**

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents)*: Notice of Case Assignment; Notice to Litigants/ADR INFORMATION PACKAGE; Civil Case Cover Sheet; Stipulation to Use of Alternative Dispute Resolution Process
3. a. Party served *(specify name of party as shown on documents served)*:
   **BLOCKBUSTER, INC., A CORPORATION**

   b. Person served: [ ] party in item 3a  [X] other *(specify name and relationship to the party named in item 3a)*:
   **BECKY DEGEORGE, AGENT FOR SERVICE OF PROCESS**

4. Address where the party was served: **2730 GATEWAY OAKS DRIVE SUITE 100**
   **SACRAMENTO, CA 95833**
5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **05/15/2008**  (2) at *(time)*: **12:47 pm**

   b. [ ] **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: or [ ] a declaration of mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS-010/97854

| PETITIONER: **ELLIOT** | CASE NUMBER: |
|---|---|
| RESPONDENT: **BLOCKBUSTER** | 37-2008-00082941-CUWTCTL |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                      (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☒ on behalf of *(specify):* **BLOCKBUSTER, INC., A CORPORATION**
      under the following Code of Civil Procedure section:

   ☒ 416.10 (corporation)       ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)       ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association)     ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)     ☐ 415.46 (occupant)
                         ☐ other:

7. **Person who served papers**
   a. Name: **JEFF KING**
   b. Address: **P.O. BOX 3969  SAN DIEGO, CA 92163**
   c. Telephone number: **(619) 260-8224**
   d. **The fee** for service was: **$ 52.50**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
         (i) ☐ owner     ☐ employee     ☒ independent contractor.
         (ii) Registration No.: **2006-60**
         (iii) County: **SACRAMENTO**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **05/21/2008**

**DIVERSIFIED LEGAL SERVICES, INC.**
**P.O. BOX 3969**
**SAN DIEGO, CA 92163**
**(619) 260-8224**

**JEFF KING**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    ▶    *(SIGNATURE)*