UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK ELLIOTT, an individual,<br><br>                                    Plaintiff,<br><br>              v.<br><br>BLOCKBUSTER, INC., a corporation, and<br>DOES 1 through 25, inclusive,<br><br>                                    Defendant. | Civil No.    08cv1053-DMS (POR)<br><br>**ORDER FOLLOWING EARLY<br>NEUTRAL EVALUATION<br>CONFERENCE, SETTING RULE 26<br>COMPLIANCE AND NOTICE OF<br>SETTLEMENT CONFERENCE** |

On July 28, 2008, the Court held an Early Neutral Evaluation.  Appearing before the Court were Plaintiff Erik Elliott; Dale Larabee, Esq., counsel for Plaintiff; Cynthia Magee, a representative of Defendant Blockbuster, Inc.; and Lois M. Kosch, Esq., counsel for Defendant.  After consulting with counsel for the parties and discussing compliance with Federal Rule of Civil Procedure 26, IT IS HEREBY ORDERED:

1.    The Rule 26(f) conference shall be completed on or before **August 22, 2008**.

2.    A Discovery Plan shall be lodged with the Honorable Louisa S. Porter by email to efile_porter@casd.uscourts.gov or fax to (619) 702-9925 on or before **August 29, 2008**.

3.    Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A-D), initial disclosures shall be made on or before **September 12, 2008**.

4.    A Settlement Conference shall be held on **September 22, 2008** at **2:00 p.m.**  in Judge Porter's Chambers, First Floor, 940 Front Street, San Diego, California.  *All*

1    *counsel, all parties, and any other person(s) whose authority is required to negotiate*

2    *and enter into settlement shall appear <u>in person</u> at the conference.*  Corporate counsel

3    and/or retained outside corporate counsel **shall not** appear on behalf of a corporation

4    as the party who has the authority to negotiate and enter into a settlement.  Counsel

5    for any non-English speaking parties is responsible for arranging for the appearance

6    of an interpreter at the conference.  *Failure of required counsel and parties to appear*

7    *<u>in person</u> will be cause for the imposition of sanctions.*  All conference discussions

8    will be informal, off the record, privileged, and confidential. If the case does not

9    settle at the Settlement Conference, a Case Management Conference shall follow

10   immediately thereafter.

11   5.    In preparation for the Settlement Conference, counsel shall lodge Settlement

12   Statements providing the Court with updates in the case.  The Settlement Statements

13   shall be lodged via email to efile_porter@casd.uscourts.gov or fax to (619) 702-9925

14   on or before **September 18, 2008**.  Counsel shall exchange Settlement Statements.

15   6.    Counsel for Plaintiff shall serve a copy of this order on any parties that enter this case

16   hereafter.

17   7.    Failure of any counsel or party to comply with this order shall be cause for the

18   imposition of sanctions.

19

20   DATED:  August 1, 2008

21

22   LOUISA S PORTER
     United States Magistrate Judge

23

24   cc:    The Honorable Dana M. Sabraw
            all parties

25

26

27

28